Upon remand, Cycyk moved to amend his answer and for summary judgment dismissing the complaint.

On the motion for summary judgment, Cycyk submitted unrefuted evidence that Dawn contributed to the purchase of the alcoholic beverages consumed by the driver, leading to impairment of his ability. Her monetary contribution constitutes "guilty participation in his intoxication" *(Mitchell v Shoals, Inc.,* 19 NY2d 338, 341) and serves as the basis for denying her recovery under the statute *(see, Powers v Niagara Mohawk Power Corp.,* 129 AD2d 37, 41-42). Partial summary judgment, therefore, should have been granted to Cycyk on his motion to dismiss plaintiffs' cause of action as parents and natural guardians pursuant to General Obligations Law § 11-100. To the extent that plaintiffs have sued in their individual capacities, however, the claims are unaffected *(see,* General Obligations Law § 11-100 [4]; *Powers v Niagara Mohawk Power Corp., supra,* at 42).

Plaintiffs' cross motion to strike the seat belt defense from Cycyk's amended answer should have been granted. The scope of this Court's modification and grant of a new trial in *Schrader v Carney (supra,* at 211) was to afford Cycyk the opportunity to litigate only the issues that were erroneously foreclosed by rulings of the trial court *(cf., Witmer v Smith,* 193 AD2d 1080). Thus, the seat belt defense is now barred by the doctrine of law of the case (Siegel, NY Prac § 448, at 679-680 [2d ed]). We further modify the order in accordance with Cycyk's stipulation by striking the word, "intoxication", from the third affirmative defense. (Appeals from Order of Supreme Court, Niagara County, Koshian, J.—Summary Judgment.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.)

■ In the Matter of the Dissolution of PENEPENT CORPORATION, INC. RICHARD S. PENEPENT, Appellant; PHILIP A. PENEPENT, Respondent. (Appeal No. 1.) [605 NYS2d 983] —Appeal unanimously dismissed without costs *(see, Matter of Hearst Corp. v Clyne,* 50 NY2d 707). (Appeal from Order of Supreme Court, Genesee County, Morton, J.—Security.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.

■ In the Matter of the Dissolution of PENEPENT CORPORATION, INC. RICHARD S. PENEPENT, Appellant; PHILIP A. PENEPENT, Respondent. (Appeal No. 2.) [605 NYS2d 983] —Appeal unanimously dismissed without costs *(see, Matter of Hearst Corp. v Clyne,* 50 NY2d 707). (Appeal from Order of Supreme Court, Genesee County, Morton, J.—Return Funds.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.